UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SCHEINDLIN

Sloan-Kettering Institute for Cancer Research,

Plaintiff,

-v-

Amgen Inc.,

Defendant.

Case No. 07 CV 11408

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 12/19/2007

Signature of Attorney

Attorney Bar Code: RD-4112

Form Rule7_1.pdf  SDNY Web 10/2007