UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SLOAN-KETTERING INSTITUTE FOR
CANCER RESEARCH,

Plaintiff(s),                          CASE NO. 07 CV 11408

    -against-

AMGEN INC.,                                          **AFFIDAVIT OF SERVICE**

Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK   )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 21st day of December, 2007, at approximately 11:55 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; RULE 7.1 STATEMENT; JUDGES' RULES and ECF FILING INSTRUCTIONS** upon AMGEN INC. c/o C.T. Corporation System-Registered Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving the same with Elena Bou, Process Specialist, who is authorized by appointment to accept service.

      Elena Bou is a white female, approximately 45 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 120 pounds with medium length blonde hair and blue eyes.

Sworn to before me this
26th day of December, 2007

                                  JOSEPH SANCHEZ #1155200

**JOHN J. WALKER**
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-WA-4851557**
**Qualified in Queens County**
**Certificate filed in New York County**
**Commission expires February 17, 2010**