Philip L. Graham, Jr.
Jeffrey J. Chapman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendant Amgen Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
SLOAN-KETTERING INSTITUTE FOR
CANCER RESEARCH,

      Plaintiff,

      v.

AMGEN INC.,

      Defendant.
------------------------------x

NOTICE OF APPEARANCE

Case No. 07-CV-11408 (SAS)

FILED ELECTRONICALLY

    PLEASE TAKE NOTICE that Jeffrey J. Chapman of Sullivan & Cromwell LLP hereby appears as counsel for defendant Amgen Inc. and requests that copies of all papers be served upon the undersigned at the address set forth above.

DATED:    New York, New York
              January 8, 2008

                                          SULLIVAN & CROMWELL LLP

                                          BY: /s/ Jeffrey J. Chapman
                                          Jeffrey J. Chapman (JC1813)