

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08



*SCHEINDLIN, S.*

RECEIVED
CHAMBERS OF

JAN - 9 2008

JUDGE SCHEINDLIN

Philip L. Graham, Jr.
Jeffrey J. Chapman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendant Amgen Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SLOAN-KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>        Plaintiff,<br><br>v.<br><br>AMGEN INC.,<br><br>        Defendant. | : : : : : : : : : : : : : : : : Case No. 07-CV-11408 (SAS) |

---

### STIPULATION AND [PROPOSED] ORDER EXTENDING
### TIME TO ANSWER OR TO MOVE

WHEREAS, plaintiff filed a Complaint and Jury Demand ("Complaint") on or

about December 19, 2007 and thereafter served defendant in this action with the Complaint;

WHEREAS, the defendant has requested an extension of time to answer or

otherwise move with respect to the Complaint and plaintiff consents to such an extension;

accordingly,

IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned attorneys for the parties in this action that the date by which the defendant must

answer or otherwise move with respect to the Complaint shall be adjourned until February 8,

2008.


Dated:  January 8, 2008


*Charles A. Weiss* JSC with permission

KENYON & KENYON LLP
Richard L. DeLucia (RD4112)
Charles A. Weiss (CW2628)
Jerry Canada (JC8945)
One Broadway
New York, New York 10004
Tel. (212) 425-7200
*Attorneys for Plaintiff*


SULLIVAN & CROMWELL LLP
Philip L. Graham, Jr. (PG5028)
Jeffrey J. Chapman (JC1813)
125 Broad Street
New York, New York  10004
Tel No. (212) 558-4000
*Attorneys for Amgen Inc.*


SO ORDERED:


Hon. Shira A. Scheindlin U.S.D.J          1/9/08