SCHEINDLIN



Philip L. Graham, Jr.
Jeffrey J. Chapman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendant Amgen Inc.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLOAN-KETTERING INSTITUTE FOR CANCER RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.,<br><br>Defendant. | Case No. 07-CV-11408 (SAS) |

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR TO MOVE AND ADJOURNING THE INITIAL PRE-TRIAL CONFERENCE

WHEREAS, the plaintiff filed a Complaint and Jury Demand ("Complaint") on or about December 19, 2007 and thereafter served the defendant in this action with the Complaint;

WHEREAS, the defendant has requested an extension of time to answer or otherwise move with respect to the Complaint and the plaintiff consents to such an extension;

WHEREAS, in light of defendant's requested extension of time to answer or otherwise move, the parties are in agreement that the Initial Pre-trial Conference currently scheduled for February 13, 2007 at 4:30 P.M should be adjourned to a date after the answer or other response would be filed; accordingly,

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that (1) the date by which the defendant must answer or otherwise move with respect to the Complaint shall be adjourned until March 10, 2008 and ~~(2) that the date of the Initial Pre-trial Conference shall be adjourned to a date after March 10, 2008 at the Court's convenience.~~

Dated: February 4, 2008

*Charles A. Weiss* /Signed by Amir Toossi, with permission/   *Jeffrey J. Chapman* /Signed by Amir Toossi, with permission/
KENYON & KENYON LLP                                              SULLIVAN & CROMWELL LLP
Richard L. DeLucia (RD4112)                                      Philip L. Graham, Jr. (PG5028)
Charles A. Weiss (CW2628)                                        Jeffrey J. Chapman (JC1813)
Jerry Canada (JC8945)                                            125 Broad Street
One Broadway                                                     New York, New York 10004
New York, New York 10004                                         Tel No. (212) 558-4000
Tel. (212) 425-7200                                              *Attorneys for Amgen Inc.*
*Attorneys for Plaintiff*

SO ORDERED.

~~The initial pretrial conference shall be held on _____, 2008, at _____ a.m./p.m.~~

*[signature]*
Hon. Shira A. Scheindlin U.S.D.J.

2/4/08

-2-