Philip L. Graham, Jr.
Mark F. Rosenberg
Jeffrey J. Chapman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

*Attorneys for Defendant Amgen Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
SLOAN-KETTERING INSTITUTE FOR
CANCER RESEARCH,

        Plaintiff,

        v.

AMGEN INC.,

        Defendant.
------------------------------x

NOTICE OF APPEARANCE

Case No.  07-CV-11408 (SAS)

FILED ELECTRONICALLY

      PLEASE TAKE NOTICE that Mark F. Rosenberg of Sullivan & Cromwell LLP hereby appears as counsel for defendant Amgen Inc. and requests that copies of all papers be served upon the undersigned at the address set forth above.

DATED:    New York, New York
             March 6, 2008

                                SULLIVAN & CROMWELL LLP

                                BY: /s/ Mark F. Rosenberg
                                Mark F. Rosenberg (MR1647)