Philip L. Graham, Jr.
Mark F. Rosenberg
Jeffrey J. Chapman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendant Amgen Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------x
:
SLOAN-KETTERING INSTITUTE FOR :
CANCER RESEARCH, :
:
      Plaintiff, : Case No. 07-CV-11408 (SAS)
:
v. :
:
AMGEN INC., :
:
      Defendant. :
:
------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Amgen Inc., by its undersigned counsel, certifies that it does not have a parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Date: March 6, 2008

                                                /s/
                                  Philip L. Graham, Jr. (PG5028)
                                  Mark F. Rosenberg (MR1647)
                                  Jeffrey J. Chapman (JC1813)
                                  SULLIVAN & CROMWELL LLP
                                  125 Broad Street
                                  New York, New York  10004
                                  Tel No. (212) 558-4000
                                  *Attorneys for Amgen Inc.*