UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SLOAN KETTERING INSTITUTE
FOR CANCER RESEARCH,

                Plaintiff,

- against -

AMGEN INCORPORATED,

                Defendant.

------------------------------------------------------------ X

**ORDER OF DISMISSAL**

07 Civ. 11408 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of this action,

      IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty days of the date of this Order, counsel for either party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*/s/ Shira A. Scheindlin*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 24, 2008

1

- **Appearances** -

**For Plaintiff:**

Charles Alan Weiss, Esq.
Richard Louis DeLucia, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 908-6287
Fax: (212) 425-5288

**For Defendant:**

Jeffrey James Chapman, Esq.
Mark Fletcher Rosenberg, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4755
Fax: (212) 558-3588